AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

DAVIS & GILBERT LLP

V.

SAMANTHA RONSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 02876

TO: (Name and address of Defendant)

Samatha Ronson
c/o David M. Bass & Associates, Inc.
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVIS & GILBERT LLP
1740 Broadway, 21st Floor
New York, New York 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          MAR 18 2008

CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 *Date*                    *Signature of Server*

                                               _____
                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/ SOUTHERN DISTRICT OF NEW YORK
No. 08 CV 02876

**DAVIS & GILBERT LLP,**

                        *Plaintiff,*

   *-against-*

**SAMANTHA RONSON,**

                        *Defendant.*

State Of California, County of Orange SS.:
**CAROLINE CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in Los Angeles.

That on the **21ST** day of **APRIL 2008** At: **1:20 PM**

At: **C/O DAVID M. BASS, ESQ. 1900 AVENUE OF THE STARS, SUITE 200, LOS ANGELES, CA 90067**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND COMPLAINT**

Upon: **SAMANTHA RONSON, BY SERVING DAVID BASS, ESQ.**

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to **LESLIE FRITZ (PERSONAL ASSISTANT TO DAVID M. BASS, ESQ.** a person of suitable age and discretion. Said premises are respondent's last known place of business within the state.

### MAILING
ON **APRIL 22ND, 2008** - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **SAMANTHA RONSON, C/O DAVID M. BASS, ESQ, 1900 AVENUE OF THE STARS, SUITE 200, LOS ANGELES, CA 90067** respondent's last known place of business -and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

### DESCRIPTION
Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: **55** App.Ht: **5'2"** App. Wt. **140**
Other identifying features: **GLASSES**

Sworn to before me this
_3_ day of _May_ 2008

_F. Lerman -_
_Notary Public_

**CAROLINE CAGNEY** (Process Server)

FAINA LERMAN
Commission # 1542537
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2009