Rakoff, J

Howard Rubin, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: hrubin@dglaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIS & GILBERT LLP,<br><br>      Plaintiff,<br><br>vs.<br><br>SAMANTHA RONSON,<br><br>      Defendant. | Index No. 08-CV-02876-JSR<br><br>STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

STIPULATION:

It is stipulated by the parties to this action, through their respective counsel, that this lawsuit be dismissed without prejudice.

Dated:

_____
Attorneys for Plaintiff
Davis & Gilbert LLP

2106/028/174404v1

Dated:

                                                   Ira D. Tokayer
                                                   Attorneys for Defendant

Dated: 6/20/08

                                                   Peter M. Cho
                                                 Attorneys for Defendant


05-19-08  03:43pm  From-Lindahl Beck          4869883          T-008  P 05/05  F-812

Dated: 6/20/08

_____
Ira S. Tokayer
Attorneys for Defendant

Dated: 6/20/08

_____
Peter M. Cho
Attorneys for Defendant

So ORDERED

_____
USDJ
6-25-08

2106/028/174404v1